VANDIVERE et al. v. SMITH et al.

ATKINSON, Justice. The bill of exceptions does not show on its face who are the necessary parties thereto; and the defect not having been cured by amendment, the motion to dismiss must be sustained. *Toccoa Electric Power Co.* v. *Panter,* 178 *Ga.* 258 (173 S. E. 131), and cit.; *Poteet* v. *Beaver,* 180 *Ga.* 383 (178 S. E. 721).

*Writ of error dismissed. All the Justices concur.*

No. 11365. NOVEMBER 12, 1936.

*J. Mallory Hunt,* for plaintiffs in error.
*E. Harold Sheats,* contra.